THE STATE OF OHIO, APPELLEE, *v*. MUNDY, APPELLANT.

[Cite as *State v. Mundy,* 132 Ohio St.3d 128, 2012-Ohio-2677.]

*Certified conflict answered in the affirmative—Court of appeals' judgment reversed, and cause remanded for application of* State v. Harris.

(No. 2011-0838—Submitted June 6, 2012—Decided June 19, 2012.)

CERTIFIED by the Court of Appeals for Summit County, No. 10CA0039-M, 2011-Ohio-1207.

_____

{¶ 1} The certified question is answered in the affirmative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Harris*, 132 Ohio St.3d 318, 2012-Ohio-1908, ___ N.E.2d ___.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

Dean Holman, Medina County Prosecuting Attorney, for appellee.

Raymont Mundy, pro se.

_____